# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ricky L. Reems, Linda Reems, and McKenzie Electric Cooperative, Inc. | ) | Case No. 1:15-cv-076 |
| Defendants. | ) | |

The court shall conduct a scheduling conference with the parties by telephone on January 21, 2016, at 10:00 a.m. The court shall initiate the conference call.

The parties need not prepare and submit a proposed scheduling and discovery plan prior to the conference. Rather, the court intends to work with the parties to craft a plan during the conference. It also intends in discuss: (1) whether an early ADR effort is advisable; (2) whether plaintiff's claims against McKenzie Electric Cooperative, Inc., should be stayed pending resolution of its claim against Ricky and Linda Reems; and (3) what, if any, discovery is necessary with respect to plaintiff's claim against Ricky and Linda Reems and whether the dispositive motion deadline should be expedited.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court