# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Ricky L. Reems, Linda Reems, and McKenzie Electric Cooperative, Inc., | ) Case No. 1:15-cv-076 |
| Defendants. | ) |

The court held a scheduling conference with the parties by telephone on January 21, 2016. Pursuant to its discussion with the parties, the court **ORDERS**:

(1) the prosecution of plaintiff's claim against Defendant McKenzie Electric Cooperative, Inc. shall be stayed pending further order of the court;

(2) all discovery related to the aforementioned claim shall also be stayed pending further order of the court; and

(3) plaintiff shall have until March 21, 2016, to file a dispositive motion regarding it claimed right to construct an electrical line on the "Subject Lands."

Dated this 21st day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court