# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
|         Plaintiff, | ) **ORDER** |
| vs. | ) |
| Ricky L. Reems, Linda Reems, and McKenzie Electric Cooperative, Inc. | ) |
|         Defendants. | ) Case No. 4:12-cv-146 |

On September 26, 2016, the court issued its order granting Continental Resources, Inc.'s motion for partial summary judgment and denying the Reems' motion to dismiss for lack of subject matter jurisdiction and denying the Reems' motion for partial summary judgment. (Docket No. 49). The court will hold a scheduling/discovery conference with the parties at 11:00 a.m. on October 25, 2016 via conference call to be initialed by the court. In preparation for the conference, counsel are directed to confer in accordance with Rule 26(f) of the Federal Rules of Civil Procedure to establish a discovery plan for the issues remaining in this litigation. Counsel shall submit a joint proposed scheduling/discovery plan to this effect no later than October 21, 2016.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2016.

                                         /s/ Charles S. Miller, Jr.
                                         Charles S. Miller, Jr.
                                         United States Magistrate Judge