# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-15-cv-76 |
| Ricky L. Reems, Linda Reems, and | ) |
| McKenzie Electric Cooperative, Inc., | ) |
| Defendants. | ) |

Following the court's order partially granting summary judgment in favor of Continental Resources, Inc., (Docket No. 49), the court held a scheduling conference on October 25, 2016 to discuss the issues remaining in this case. After consideration, the court finds court-mandated mediation appropriate to assist the parties in potentially settling the issues remaining in this case. Accordingly, the court **ORDERS** the parties to participate, in good faith, in mediation within ninety days to resolve the issues remaining in this litigation, unless the parties can show good cause for otherwise extending this time period. This mediation may be conducted before Judge Senechal or a mediator of the parties' choosing.

**IT IS SO ORDERED.**

Dated this 25th day of October, 2016.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court