# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-15-cv-76 |
| Ricky L. Reems, Linda Reems, McKenzie ) | |
| Electric Cooperative, Inc., ) | |
| ) | |
| Defendants. ) | |

Before the Court is the parties' "Stipulation of Dismissal" filed on June 7, 2017. (Doc. No. 62). The Court **ADOPTS** the stipulation (Doc. No. 62) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), except for any claim that McKenzie Electric Cooperative, Inc. is obligated to provide services to Continental Resource, Inc.'s property is dismissed without prejudice. Each party is to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court